# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FAY,<br><br>                                 Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                               Defendant. | Case No. 20-cv-02201-BAS-DEB<br><br>**ORDER:**<br><br>(1) **APPROVING AND ADOPTING REPORT AND RECOMMENDATION IN ITS ENTIRETY (ECF No. 21);**<br><br>(2) **DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 14); AND**<br><br>(3) **GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 19)** |

     Plaintiff Susan Fay commenced this action under the Social Security Act, 42 U.S.C. § 405(g), to challenge the Social Security Administration's denial of her application for disability benefits. Under General Order 707, the Clerk of Court referred this matter to United States Magistrate Daniel E. Butcher for a proposed disposition. (ECF No. 2.)

     On May 26, 2022, Judge Butcher issued a Report and Recommendation ("R&R") recommending that this Court: (1) deny Plaintiff's motion for summary

*Andrews v. Shalala*, 53 F.3d 1035, 1039 (9th Cir. 1995); *Magallenes v. Bowen*, 881 F.2d 747, 750 (9th Cir. 1989). The Ninth Circuit defines substantial evidence as "more than a mere scintilla but less than a preponderance; it is such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Andrews*, 53 F.3d at 1039. Determinations of credibility, resolution of conflicts in medical testimony, and all other ambiguities are to be resolved by the administrative law judge ("ALJ"). *See id.*; *Magallenes*, 881 F.2d at 750. Indeed, the decision of the ALJ will be upheld if the evidence is "susceptible to more than one rational interpretation." *Andrews*, 53 F.3d at 1040.

In this case, the deadline for filing objections was June 10, 2022. However, no objections have been filed, and neither party has requested additional time to do so. Consequently, the Court may adopt the R&R on that basis alone. *See Reyna-Tapia*, 328 F.3d at 1121.

Nonetheless, having conducted a review of the R&R, the Court concludes that Judge Butcher's reasoning is sound and correct in recommending that this Court deny Plaintiff's motion for summary judgment and grant Defendant's cross-motion for summary judgment. Judge Butcher thoroughly and convincingly addressed Plaintiff's arguments that the ALJ improperly discounted her treating physician's opinions and Plaintiff's testimony. (R&R 4:3–13:13.) The Court agrees that substantial evidence supports the ALJ's disability determination. Therefore, the Court approves and adopts the R&R. *See* 28 U.S.C. § 636(b)(1).

//
//
//
//
//
//
//

## II. CONCLUSION

In light of the foregoing, the Court **APPROVES** and **ADOPTS IN ITS ENTIRETY** the R&R (ECF No. 21), **DENIES** Plaintiff's motion for summary judgment (ECF No. 14), and **GRANTS** Defendant's cross-motion for summary judgment (ECF No. 19). *See* 28 U.S.C. § 636(b)(1). The Clerk of the Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

**DATED: June 14, 2022**

Hon. Cynthia Bashant
United States District Judge